from affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve its complaint within ten days from service of this order with notice of entry thereof upon payment of said costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

ROBERT GOOD, Appellant, v. LORETTA GOOD, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

ABRAHAM BARNETT, Respondent, v. LOUIS MANSBACH, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

ABRAHAM BARNETT, Respondent, v. LOUIS MANSBACH and Another, Impleaded with B. LOWENFELS & Co., INC., Appellant.— Order modified as stated in order and as modified affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

ABRAHAM BARNETT, Respondent, v. LOUIS MANSBACH and Another, Impleaded with B. LOWENFELS & Co., INC., Appellant.— Order modified as stated in order and as so modified affirmed, with ten dollars costs and disbursements to appellant. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

KITTY LETRAUNIK, Appellant, v. SAMUEL LETRAUNIK, Respondent.— Order affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

THE COAL AND IRON NATIONAL BANK, Appellant, v. AARON H. HOUTMAN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

PACIFIC COMMERCIAL COMPANY, Respondent, v. BARBER STEAMSHIP LINES, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

JOSEPH J. MARGOLIN, Respondent, v. MORRIS WEINER, Appellant.— Order modified by striking from the notice for the examination the item numbered 5, and as so modified affirmed, without costs; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

IRVING NATIONAL BANK, NEW YORK, Respondent, v. DUGUNDJI IMPORT AND EXPORT CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

IGNAZIO F. CAVALLUZZO, Respondent, v. WILLIAM J. DIAMOND, Appellant.— Order so far as appealed from reversed. with ten dollars costs and disbursements, and the motion granted on payment of taxable costs to date of making said motion and ten dollars costs of motion. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

EDWARD K. SUMMERWELL, as Trustee in Bankruptcy of NATIONAL DRAMA CORPORATION, Respondent, v. THOMAS DIXON, Appellant.— Order affirmed, with